UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**ERCOLE A. MIRARCHI, Filer.**            :            **CASE NO.:**

**REPORT TO COURT (THIS IS NOT A LAWSUIT) UNDER 18 U.S. CODE § 2382**

Ercole Mirarchi, a citizen owing allegiance to the United States, respectfully reports to Federal and State Authorities, under 18 U.S. CODE § 2382, a falsified record crime that once again was allowed to go unpunished by the Eastern District Courts, most recently Case No. 2:23-cv-00588-HB, not only quashed a crime that covered up wrongdoing and acts of lawfare committed against Mirarchi in several legal matters (some of which span more than a decade and where more records were falsified to use against him in courts), as well as covers up many billions in accounting, banking, finance, *money laundering*, and securities frauds that were all made possible thru the application of math to finance, better known as *financial engineering*, the Court's decision to shield a company from being held accountable for a falsified record crime they committed against Mirarchi also allows for a more serious crime, *a coup using election fraud*, to be covered up and to go unpunished, which took place in many State(s) and Federal Elections held across our Nation. And so, it is clear, both Democrat and Republican Primary and General Elections, for years, not only in 2020, 2021, and 2022 have been rigged at all levels of government (local, state, and federal), including the Court level.

And for the reason this fraud was done on a large scale, at all levels of government, in many State(s) and Federal Elections held across our Nation, such as, but not limited to, AZ, CA, CO, FL, GA, MA, MI, NJ, NV, PA, VA, and WI, with emphasis on PA, which will be the focus of this filing (the others will be made available upon request), it is proper for the citizen who uncovered it to report it to Authorities as *treason* and a *coup d'état*, which is proven by the many *vote flip* and *recording errors* that took place in the reporting done on the PA Secretary of State Election Results Website and or News Broadcast Channels after the Polls closed on Election Night. Furthermore, Election

fraud was also proven by the discovery of the vote totals from our Nation's 2020, and PA's 2022, Elections having a stark connection to geometric and rate of change math constants, as well as a connection to the values hidden under the guise of a set of untrue reports, herein referred to as *"the untrue reports at issue"*, that hid values used in *engineered schemes* to effect billions in fraud.

Ex. A, is a copy of the two untrue reports at issue. And in a roundabout way, the company, Marshall & Swift, from whom these reports were allegedly purchased from, affirmed one of the two reports, Ex. A, 1398-1401, is a phony record. In addition, the second report, Ex. A, 1395-1396, was shown in Mirarchi's response to Marshall & Swift's motion to dismiss in Case No. 2:23-cv-00588-HB to be a phony report, so for anyone to say his assertion the values hidden under the guise of the reports at issue are values used in *financial engineering*, and also in election fraud, which is mathematically proven, is a conspiracy theory, does so to aid and abet the cover up of the many frauds that use the values hidden under the guise of these reports to effect a desired result.

And to quiet cynics and quickly show the Court how a value hidden under the guise of one of the reports at issue, Ex. A, 1395-1396, is a numeric mechanism used to effectuate systemic financial fraud that isn't the subject of this filing but necessary to demonstrate to support this claim, the calculations below show how the **$7.891 trillion** uninsured deposits held by US Banks on December 31, 2022, connects to *geometric* and *Fibonacci No. Series* logic (which is a variant of PHI logic) to numerically equal the 501171 value hidden under guise of one of the two reports at issue, Ex. A, 1395-1396.

> **NOTE:** Although it is not listed in this writing, the logic below connects to the $454 billion bank bailout drafted in Q4-2019 by members of Congress, then placed in the 2020 CORONA-VIRUS CARES ACT that was passed in Q1-2020.
> https://www.crowdfundinsider.com/2023/03/203681-sp-outlines-banks-by-percentage-of-uninsured-deposits/ -
> **S&P** said US banks held **$7.891 trillion** in insured deposits at year-end 2022, a 41% increase year-end 2019.

"3.1416" is "PI";           (377/144), is Fibonacci No. Series logic.           "10", is a multiplier/divisor.
"2.618", is Golden Ratio Square using the formulas: (3.1416-0.5236) = 2.618; (3.1416/6)*5 = 2.618; ((3.1416/6)/2) = 0.2618.

$((0.501171^2)/((2.618/3.1416)/((377/144)*10))) = 7.891$ , equals the **$7.891** trillion uninsured deposits held by Banks on 12/31/2020.

$SQRT((2.618/3.1416)/(((377/144)*10)/7.891)) = 0.501171$ , numerically equals the 501171 value from the untrue report Ex. A, 1395-96.

Next, to quiet cynics who claim Election fraud is a *conspiracy theory*, know, the *Story Killers Consortium* of more than 100 News Journalists from 30 media outlets that include the Washington Post, Haaretz, Le Monde, Radio France, Der Spiegel, Paper Trail Media, Die Zeit, TheMarker and OCCRP exposed election fraud is big business for *Tech Firms*, as the *Story Killers Consortium* recorded a CEO demonstrating, to who he thought was a prospective client, how his team hacked and interfered with 33 Elections Worldwide, 27 successfully, and **he also said he was involved in two major projects in the US**.

https://www.theguardian.com/world/2023/feb/15/revealed-disinformation-team-jorge-claim-meddling-elections-tal-hanan?link_id=5&can_id=528c959c566c57a7a1b0a3cc78719962&source=email-i-just-felt-completely-out-of-control-student-whose-sister-was-at-oxford-reflects-on-msu-shooting&email_referrer=email_1817805&email_subject=revealed-the-hacking-and-disinformation-team-meddling-in-elections

**Revealed: the hacking and disinformation team meddling in elections.**  (Red and *Italicized* fonts added).

In his initial pitch to the potential clients, Hanan claimed: "We are now involved in one election in Africa … We have a team in Greece and a team in [the] Emirates … You follow the leads. [We have completed] 33 presidential-level campaigns, 27 of which were successful." *Later, <u>he said he was involved in two "major projects" in the US but claimed not to engage directly in US politics</u>*.

Keeping the comments above in mind, which proved Election fraud that amounts to treason and a coup is real, a big business, and no conspiracy theory, the calculations below show, numerically, how the 81.268924 votes the Federal Elections Commission (herein "FEC") recorded as the sum of votes certified for Biden by all 50 Secretary of States on 11/24,/2020, connects to the ratio of Fibonacci "618" and "382" retracement values to equal the "50117<u>0</u>" value hidden under the guise of one of the untrue reports at issue.

- The use of multipliers/divisors is common in geometric modeling, see **Ex. K page 1**.  The numbers **"2"**, or **"10"**, are multipliers/divisors often used in math, science, algorithmic coding, and in financial engineering formulas.
- **"81.268924"**, is a numeric description of the vote total the FEC certified in 2020 for Biden by 11/24/2020, **Ex. B, pg. 2**.
- **(618/382)**, are Fibonacci "618" and "382" retracement values that are heavily used in financial engineering/investing.

$$\text{SQRT}((81.268924/(0.618/0.382))/2) = 5.01170$$

, is numerically equal to the sum of each category amount listed in the <u>untrue</u> MSB-Report, Ex. A, 1395-1396, (244+34,157+201,375+ 106,131+135,874+ 23,389) = **5011 7<u>0</u>**, which is NOT **"501171"**.

Next, the FEC's October 2022 report to Congress shows the number of votes Biden/Harris received in our 2020 Election increased from 81.268924 to 81.283501 votes, **Ex. C, page 7**, which this next calculation, also using Fibonacci No. Series values, *<u>the square root of the ratio 144:55</u>*, continues to show a connection to the "501171" value that was listed in the untrue report at issue, <u>Ex. A, 1395-1396</u>.

$$\text{SQRT}((81.283501/\text{SQRT}(144/55))/2) = 5.01171$$

, which is numerically equivalent to the **"50117<u>1</u>"** value listed in the untrue MSB-Report, <u>Ex. A, 1395-1396</u>.

This next calculation applies *logarithmic* (LOG10) logic to numerically connect both vote values the FEC determined Biden received in our 2020 Election. **NOTE: 10**, is a dummy value representing 100% of value.

$$\text{SQRT}((((10-\text{LOG10}(81.268924^2))/10)*81.283501)/2) = 5.01171$$

, which is numerically equivalent to the **"50117<u>1</u>"**.

The Federal Election Commission (FEC) October 2022 Report to Congress details our Nation's 2020 Election Results for U.S. President, Senate, and the House of Representatives, https://www.fec.gov/resources/cms-content/documents/federalelections2020.pdf, Ex. C, and shows Biden/Harris having 81,283,501 final votes, and Trump/Pence having 74,223,975 final votes.

**2020 PRESIDENTIAL POPULAR VOTE SUMMARY
FOR ALL CANDIDATES LISTED ON AT LEAST ONE STATE BALLOT**

| Candidate (Party Label) | Popular Vote Total | Percent of Popular Vote |
|---|---|---|
| Joseph R. Biden (Democrat, Working Families) | 81,283,501 | 51.31% |
| Donald J. Trump (Republican, Conservative) | 74,223,975 | 46.85% |

Using the vote values shown above, the series below is mathematical proof the outcome of our Nation's 2020 Presidential Election was configured, from start to finish, at the machine/tabulation level by an *engineered process* based upon variations of *geometric* and *rate of change* math constants, which is no conspiracy theory, it is a fact, proven below using Basic Arithmetic.

If this was not a true statement, the connection between the ratio of the final number of votes that the FEC reported Biden/Harris and Trump/Pence received in our Nation's 2020 Presidential Election has to *geometric and rate of change math constants,* which the 3rd and 4th calculations in the series below clearly show, would never exist. This is not an opinion, nor is it a conspiracy theory, it is a fact, proven below with Basic Arithmetic.

- **((360/(1.618034^2))/100)**, is the Golden Angle formula decreased 100x's, which is a 360-degree Circle divided by the Golden Ratio Square, (1.618034^2), divided by 100.
- **"100"**, is a divisor/multiplier, which in this case decreases Golden Angle 100 times.
- **"81,283,501"**, is the FINAL number of votes, reported by the FEC, for Biden/Harris in our 2020 Election.
- **"74,223,975"**, is the FINAL number of votes, reported by the FEC, for Trump/Pence in our 2020 Election.
- **(1/n)**, is how to calculate the inverse of a given number.
- **"2.71828183"**, is the rate of change math constant, *"e"*.

| | | |
|---|---|---|
| (1/((81283501/74223975)-(1/2.71828183))) = | 1.37507760 | , equates to the Golden Angle decreased 100x's, ((360/(1.618034^2))/100) = **1.37507762**. |
| (1/((81283501/74223975)-(1/((360/(1.618034^2))/100)))) = | 2.71828173 | , equates to the math constant *"e"*, **2.71828183**. |
| (81283501/74223975) = | 1.09511113 | , is the ratio of Biden/Harris to Trump/Pence votes using the FINAL vote totals reported by the FEC. |
| ((1/((360/(1.618034^2))/100))+(1/2.71828183)) = | 1.09511111 | , equates to the ratio of Biden to Trump votes (81283501/74223975) = **1.09511113**. |
| (81283501/((1/((360/(1.618034^2))/100))+(1/2.71828183))) = | 74,223,976 | , is within ± 1 of the **74,223,975** votes the FEC reported Trump received in our 2020 Election. |
| (((1/((360/(1.618034^2))/100))+(1/2.71828183))*74223975) = | 81,283,500 | , is within ± 1 of **81,283,501** votes the FEC reported Biden received in our 2020 Election. |

Next, the calculation below shows how the number of votes cast, then tabulated, and in some cases recounted for Biden/Harris and Trump/Pence, Nationwide, in our 2020 Election that was recorded by the NYT/Edison Group collaboration (who was tasked with delivering consolidated 2020 election results to Media/News Outlets to report on Election night, and through the entirety of the vote counting process that took place in the months thereafter), which Media/News outlets reported as being the FINAL count of votes cast in our Nation's 2020 Election, interconnects to the final vote totals cast in PA for Biden and Trump to numerically equal the "50117<span style="color:red">0</span>" value hidden under the guise of the untrue report at issue.

- The FINAL nationwide vote totals in our 2020 Presidential Election published by the NY Times/Edison Group on March 31, 2021, shows Biden/Harris having 81,284,666 votes, and Trump/Pence having 74,224,319 votes. **Ex. D**.
- The FINAL vote totals in PA 2020 Presidential Election published by the NY Times/Edison Group on January 31, 2021, shows Biden/Harris having 3,459,923 votes, and Trump/Pence having 3,378,263 votes. **Ex. D**.
- "**2**", is a divisor/multiplier that is used in various math and scientific formulas.

$$((((3459923/3378263)^2)/\text{SQRT}(81284666/74224319))/2) = 0.50117\mathbf{0}$$

, is numerically equal to the sum of the amounts listed for each category in the untrue MSB-Report, Ex. A, 1395-1396, (244+34,157+201,375+106,131+135,874+23,389) = **501170**, which is NOT "**501171**".

And be aware, the calculation below shows when the 81,283,485 and 74,223,744 vote totals recorded by the NY Times/Edison Group for Biden/Harris and Trump/Pence just prior to their FINAL vote count being recorded, is used in the calculation above, the result is 0.50117**1**.

$$((((3459923/3378263)^2)/\text{SQRT}(81283485/74223744))/2) = 0.50117\mathbf{1}$$

, which is numerically equal to the "**501171**" value listed in the untrue MSB-Report, Ex. A, 1395-1396.

Next, the series of calculations below (on page-6) shows how the FINAL vote count recorded by the NYTimes/Edison Group as being the FINAL number of votes cast in our Nation's 2020 Election for Biden/Harris, and Trump/Pence, connects to, via goemtric and rate of change constants/logic, Biden/Harris and Trump/Pence's correspponding Pennsylvana 2020 vote totals, which continues to prove the outcome of that Election was configured, from beginnng to end, by an entgineered process, which is mathmatically proven. This is not an opinion, nor is it a theory.

- The result of the 1st and 2nd calculations listed below, **3.1446088**, equates to the geometric math constant, (**4**/SQRT(1.61803399)) = **3.1446055**, which is logic used in varisous discpines of math, such as nfinite series math. **NOTE: Ex. K**, contains two picutures that show how (**4**/SQRT(1.61803399)), and 10x's that result, are geometric measures that interrelate to other measures and math constants.

- The result of the 3rd and 4th calculations listed below, **1.024172**, equates to *("e" minus the Golden Ratio)* raised to the 4th power, expressed as: ((2.718282-1.61803399)^(1/4)) = **1.024171**, which equates to (3459923/3378263) = **1.024172**.

- The result of the 5th calculation listed below, **"2.718282"**, is equal to the math constant "e" out to six decimal places, **"2.718282"**.

- The result of the 6th calculation listed below, **"2.618034"**, is equal to the Golden Ratio Square out to six decimal places, (1.618034^2) = **2.618034**.

- The result of the 7th calculation listed below, **"3.459923"**, numerically equals the **"3,459,923"** votes Biden/Harris received in Pennsylvania's Presidential Election by 12/31/2020.

- The result of the 8th calculation listed below, **"3.378263"**, numerically equals the **"3,378,263"** votes Trump/Pence received in Pennsylvania's Presidential Election by 12/31/2020.

- The result of the 9th calculation listed below, **"74.224318"**, numerically equates to, it is a 1 vote difference from the **"74,224,319"** final number of votes the NY/Times Edison Group concluded was cast, then tabulated, in our nationwide 2020 Presidential Election for Trump/Pence, by May 5, 2021.

- The result of the 10th calculation listed below, **"81.284667"**, numerically equates to a -1 vote difference from the **"81,284,666"** final number of votes the NY/Times Edison Group concluded was cast, then tabulated, in our nationwide 2020 Presidential Election for Biden/Harris, by May 5, 2021.

| Equation | Result |
|---|---|
| (4/SQRT(2.718282-((3.459923/3.378263)^4))) = | 3.144608**8** |
| ((74.224319/SQRT(81.284666))/(1.618034^2)) = | 3.144608**8** |
| (3.459923/3.378263) = | 1.02417**2** |
| ((2.718282-((4/(74.224319/((1.618034^2)*SQRT(81.284666))))^2))^(1/4)) = | 1.02417**2** |
| (((3.459923/3.378263)^4)+((4/(74.224319/((1.618034^2)*SQRT(81.284666))))^2)) = | 2.71828**2** |
| ((74.224319/(4/SQRT(2.718282-((3.459923/3.378263)^4))))/SQRT(81.284666)) = | 2.61803**4** |
| (((2.718282-((4/(74.224319/((1.618034^2)*SQRT(81.284666))))^2))^(1/4))*3.378263) = | 3.45992**3** |
| (3.459923/((2.718282-((4/(74.224319/((1.618034^2)*SQRT(81.284666))))^2))^(1/4))) = | 3.37826**3** |
| (4/SQRT(2.718282-((3.459923/3.378263)^4)))*((1.618034^2)*SQRT(81.284666)) = | 74.22431**8** |
| (((74.224319/(4/SQRT(2.718282-((3.459923/3.378263)^4))))/(1.618034^2))^2) = | 81.28466**7** |

Next, Ex. E, and Ex. F, are two presentations that explain, and prove, how the Trump/Pence to Biden/Harris *vote flip* that occurred while PA's 2020 Election results were being broadcasted to the Public, on live TV, CNN, was no human error as claimed by self-proclaimed *fact checkers*, it was a result of an engineered process configuring the results coming out of PA's Election just as they were being displayed for the public to see on TV, which is proof the vote totals being reported to the public for PA's 2020 Election were manipulated, in real-time, by a engineered process.

Next, the calculations below show how the 601118 value (hidden under the guise of one of the two untrue reports at issue, Ex. A, 1398-1401) also connects to geometric math constants to equal to the 346,484 votes cast for President (in 2020) in 792 of 1703 precincts in Phila., Co. PA, where it is said *had more votes than voters*, The last calculation below shows how the 346,484 votes cast in those 792 precincts also connects to the ratio of the final vote totals cast for Biden and Trump in PA, in 2020.

$((1-((1.618034/2)*(PI()/6)))*601118) = 346{,}48\underline{4}$, is equal to the **346,48<u>4</u> votes** cast for President in 792 of 1703 precincts in Phila. Co., PA, where it is said there were more votes than voters.

$(346484/(1-((1.618034/2)*(PI()/6)))) = 60111\underline{8}$, is equal to the **"60111<u>8</u>"** value from the untrue report, Ex. A, 1398-1401.

$((1-(0.346484/0.601118))/(PI()/6)) = 0.80901\underline{77}$, is equivalent to 1/2 the Golden Ratio Constant, (1.618034/2) = **0.80901<u>70</u>**.

$((1-(0.346484/0.601118))/(1.618034/2)) = 0.523\underline{6}$, is equal to (PI/6), a variant of the old Cubit measure, which is **0.523<u>6</u>** Radians.

$((346484/601118)+((1.618034/2)*(PI()/6))) = \underline{1}.000000$, is equal to **"<u>1</u>"**, which is a dummy value that represents 100% of value.

$((2.718282-(((1-(346484/601118))/(3.1416/6))*2))^{(1/4)}) = $ **1.02417<u>2</u>**, is equivalent to the ratio of Biden to Trump final vote totals cast in PA's 2020 Election, **(3459923/3378263) = 1.02417<u>2</u>**.

Next, Ex. G, is a presentation showing how the 2020 vote totals cast for President in PA's largest county, Philadelphia, connects to (via rate of change and geometric constants) their corresponding PA State vote totals, which further proves an engineered process was used to configure the outcome.

The remainder of this writing, pages 8, 9, and 10 show how the vote totals from PA's 2022 Governor, and US Senate, Elections connect with geometric and rate of change math constants to equal the "50117<u>0</u>", "50117<u>1</u>", or "601118" values (hidden under the guise of the untrue records at issue), which is no coincidence and further proves the values hidden under the guise of those records are numeric and or geometric mechanisms used in an engineered scheme to effect Election Fraud in PA.

The series of calculations below shows how a numeric amount of the 8,872,196 voters determined by PA's Secretary of State as being eligible to cast a vote in their 2022 General Election can be replicated using a calculation containing geometric and rate of change math constant that interconnect with the "501171" and "601118" values hidden under the guise of the untrue records at issue. The first two calculations below show how the values in the ones that follow interconnect.

- The result in the 3rd calculation in the series below is equal to the **"501171"** Reconstruction Cost that was hidden under the guise of the untrue MSB Report, Ex. A, 1395-1396.

- The result in the 4th calculation in the series below is equal to the **"601118"** Reconstruction Cost that was hidden under the guise of the untrue MSB Report, Ex. A, 1398-1401.

- The result in the 5th calculation in the series below is equal to the math constant *"e"* out to six decimal places, **2.718282.**

- The result in the 6th calculation in the series below is equal to the Super Golden Ratio Math Constant out to 5 decimal places, **1.46557.**

- The result in the 7th calculation in the series below is numerically less than a 1 vote difference from the number of registered voters, **8,872,196**, eligible to vote in PA's 2022 General Election.

- The result in the 8th calculation in the series below is numerically equal to the number of registered voters, **8,872,196**, eligible to vote in PA's 2022 General Election.

**NOTE:** In the series below **"10"**, is a multiplier/division, i.e., increase 10x's or decrease 10x's, which is not uncommon to use in various math see **Ex. K, pg. 1**, scientific, algorithmic programming, and financial engineering formulas. Also, If you step through these calculations, you will notice the *e minus the Golden Ratio* logic that was used in the analysis shown on page-6 of this writing.

| Calculation | Result |
|---|---|
| ((501171/601118)^(1/4)) = | 0.955557 |
| (LN(2.718282-(((8.872196/(LOG10(1.46557)^2))^(1/3))^(1/4)))*10) = | 0.955557 |
| (((LN(2.718282-(((8.872196/(LOG10(1.46557)^2))^(1/3))^(1/4)))*10)^4)*601118) = | 501171 |
| (501171/((LN(2.718282-(((8.872196/(LOG10(1.46557)^2))^(1/3))^(1/4)))*10)^4)) = | 601118 |
| ((((8.872196/(LOG10(1.46557)^2))^(1/3))^(1/4))+EXP((501171/601118)^(1/4)/10)) = | 2.718282 |
| (10^SQRT(8.872196/(((2.718282-EXP((501171/601118)^(1/4)/10))^4)^3))) = | 1.46557 |
| ((((2.718282-EXP((501171/601118)^(1/4)/10))^4)^3)*(LOG10(1.46557)^2)) = | 8.872195 |
| ROUNDUP(((((2.718282-EXP((501171/601118)^(1/4)/10))^4)^3)*(LOG10(1.46557)^2)),6) = | 8.872196 |

These next calculations show how the ratio of the vote totals certified in PA's 2022 Governor Election for Mastriano and Shapiro interconnect with math constants to numerically equal *100% of value, expressed below as "1"* (which is a dummy value that represents 100% of value) less the *"0.501171" value* that was hidden under the guise of the untrue record at issue, Ex. A, 1395-1396.

**"3.14159"**, is a commonly used approximation of the constant PI.   **"2.618"**, is a commonly used approximation of the Golden Ratio Square.   **(377/233)**, is Fibonacci No. Series logic that is an iteration of the Golden Ratio constant.

$(1/(((2238477/3031137)*(3.14159-2.618))+(377/233))) = 0.49882\underline{9}$ , is equal to (1-0.501171) = **0.498829**.
$(1-(1/(((2238477/3031137)*(3.14159-2.618))+(377/233)))) = 0.50117\underline{1}$ , numerically equals **501171**

As you review this next series calculations shown below, keep in mind, prior to PA's 2022 General Election being certified there was a large amount of *vote recount activity* taking place in PA, which in the last few weeks of the tabulation process slightly changed the vote totals for many candidates who were listed on the ballot almost daily.  Keeping this statement in mind, the series below shows how the votes cast in PA's 2022 General Election for all candidates who ran for US Senate interconnect with Fibonacci No. Series values (which is Golden Ratio logic) to equal the inverse difference between the **"501171"** and **"601118"** values hidden under the guise of the untrue report records at issue, Ex. A, 1395-1401, to produce a value numerically equivalent to the total number of votes cast, tabulated, and in some cases recounted for all candidates who ran for US Senate on PA's ballot.  The first two calculations in the series below show how the ones that follow connect.

**NOTE:** In the series below, instead of using multipliers/divisors, I converted all numbers to a decimal value, for example, 1,000,000 is 0.1000000, and 10,000 is 0.00010.

The 3rd calculation shown below has a result of **1.6180\underline{4}**, which is equivalent to a variation of the Golden Ratio using the square root of the Fibonacci No. Series Values "377" and "144", **SQRT(377/144) = 1.6180\underline{4}**.

The 4th calculation shown below has a result of **0.60111\underline{8}**, which is numerically equal to the **"60111\underline{8}"** value hidden under the guise of one of two reports, Ex. A, 1398-1401, at issue.

The 5th calculation shown below has a result of **0.50117\underline{1}**, which is numerically equal to the **"50117\underline{1}"** value hidden under the guise of one of two reports, Ex. A, 1395-1396, at issue.

The 6th calculation below has a result of **0.536801\underline{3}**, which is numerically an 8-vote difference from the number of votes cast in PA US Senate Election, **(0.2751012+0.248726+ 0.0072887+0.0030434+0.0026428) = 0.536802\underline{1}**, and recall, during the last weeks of PA's 2022 Election being certified, recount activity slightly changed results.

$((1/0.501171)-(1/0.601118)) = 33176.0\underline{1}$
$((0.2751012+0.248726+0.0072887+0.0030434+0.0026428)/SQRT(377/144)) = 33176.0\underline{6}$

$((0.2751012+0.2487260+0.0072887+0.0030434+0.0026428)/((1/0.501171)-(1/0.601118))) = 1.6180\underline{4}$
$(1/((1/0.501171)-((0.2751012+0.248726+0.0072887+0.0030434+0.0026428)/SQRT(377/144)))) = 0.60111\underline{8}$
$(1/((1/0.601118)+((0.2751012+0.248726+0.0072887+0.0030434+0.0026428)/SQRT(377/144)))) = 0.50117\underline{1}$
$(SQRT(377/144)*((1/0.501171)-(1/0.601118))) = 0.53680\underline{13}$

Next, Ex. H, and Ex. I, are two presentations that explain, and prove, how the vote totals from PA's 2022 Gubernatorial Election that were reported on the PA Secretary of State Election Results Website shortly after the Polls closed on Election night, and later that evening on the RSBN News Site, were being manipulated by a process, in real-time, as they were being reported to the public.

Ex. J, is presentation that shows how the vote totals from PA's 2022 Governor and US Senate Elections can both be replicated using rate of change and geometric math constants, which is proof the outcomes of those Elections were being configured, from start to finish, by an engineered process. Before viewing this presentation, be aware there is *satire* on pgs. 4, 6, and 7, which is stated as such on pgs. 1 and 12.

The reason for the *satire* in this presentation, is in 2021, then Attorney General Josh Shapiro brought a motion to dismiss in *Mirarchi v. Boockvar Et al*, where among other things, then former PA Secretary of State Kathy Boockvar, who he represented in that litigation, ignored Mirarchi's claim of an engineered process being used to configure the outcome of PA's 2020 Election for President, then in 2022, Mirarchi not only uncovered an engineered process was used to configure the vote totals in PA's 2022 US Senate, and Governor, Elections, the latter in Josh Shapiro's favor, he also learned the values hidden under the guise of the untrue records at issue were a large part of that scheme, which suggests then Attorney General Josh Shapiro, and then former Secretary of State Kathy Boockvar, expressly lied to a Federal Court to help hide how Elections were being rigged in PA against the will of its citizens, which Mirarchi is one of. This is why a little sarcasm, expressed under our *first amendment* right to free speech, was warranted, and justified, to use in that presentation.

In closing, the vote totals from our Nation's 2020 Election, and PA's 2020 and 2022 General Elections have a stark connection to geometric and rate of change math constants, as well as a stark connection to the values hidden under the guise of the untrue records at issue, Ex. A, which can only happen if an engineered process based upon that same logic was being used from the

beginning of an Election to the end of an Election to configure a preordained outcome. This is not a *conspiracy theory*, it is a demonstrable fact, proven in this writing using Basic Arithmetic that no Court opinion, Fact-Checker excuse, or Pundit/Media spin can change, which is why this report (this is not a lawsuit) is being submitted to the Federal Court, and soon to a PA State Official and PA Local/State Court, under 18 U.S. CODE § 2382.

And if the Court still has doubt the values hidden under guise of the reports at issue, especially "501171", Ex. A., 1395-1396, is being used to rig the outcome of an Election, notice how in Wisconsin's 2023 Supreme Court Democratic Primary Election, won by Janet C. Protasiewicz with 446,403 votes, Ex. L, also connects with geometric constants to numerically equal 501171, which continues to prove many, if not all, Elections in our Country are being rigged by a process.

$$((TAN(RADIANS(446403)))^{\wedge}(1/8))+(((360/2.618)/100)*3.1416)) = 5.01171, \text{ see Ex. A., 1395-1396}.$$

And to be clear, the analysis in this filing arose from Mirarchi recognizing how the results coming out of our 2020 Presidential Election interconnect with geometric math constants to equal the values hidden under the guise of the reports at issue, Ex. A. Mirarchi is independent, he is not a Democrat, he is not a Republican, nor is he a *zealous* Trump supporter. Moreover, he also uncovered the one thing Biden and Trump do have in common, whether they are aware of it, or not, is a family member, or an extended family member, connection to a (publicly reported in the News) money laundering scheme, which through analysis it has been uncovered that the numeric values involved with each of those money laundering schemes interconnect with geometric math constants that connect to the values hidden under the guise of *the untrue report records at issue*.

**Respectfully Submitted,**

**DATED:** April 20, 2023  **By:**  /s Ercole Mirarchi
1625 W RITNER STREET
PHILADELPHIA, PA, 19145

## **CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: <u>Filer</u>

Signature: <u>/s/ Ercole A. Mirarchi</u>

## VERIFICATION

I, **Ercole Mirarchi**, am the Filer of this Report and hereby verify that the statements made in the foregoing Report are true and correct to the best of my knowledge, information and belief. I understand that the statements therein are made subject to the penalties of 18 Pa.C.S.§§4904, relating to unsworn falsification to authorities.

/s Ercole Mirarchi

1625 Ritner Street
Philadephia, PA. 19145
eric@mirarchi.net

Dated:04/20/2023