# Commercial Building Valuation Report
Inspector Express

Policy: 133130  8/07/2007

| INSURED | Orginal Georges Pizza | | |
|---|---|---|---|
| | | Effective Date: | |
| | | Expiration Date: | |
| | | Cost as of: | 03/2007 |

| BUILDING | Orginal Georges Pizza |
|---|---|
| | 2835 37 Girard Ave. |
| | Philadelphia, PA 19153 |

## SECTION 1
### Superstructure

| | | | |
|---|---|---|---|
| Occupancy: | 33% Dining | Story Height: | 12 ft. |
| | 67% Apartment, Low-Rise | | 9 ft. |
| Construction Type: | 100% Joisted Masonry (ISO 2) | Number of Stories: | 3 |
| Gross Floor Area: | 3,150 sq.ft. | Irregular Adjustment: | None |
| Construction Quality: | 2 - Average | | |

### Adjustments

| | | | | |
|---|---|---|---|---|
| Depreciation: | 65% | Effective Age: 50 years | Condition: | Average |

| SUMMARY OF COSTS | User Specified | System Generated | Reconstruction |
|---|---|---|---|
| SUPERSTRUCTURE | | | |
| Site Preparation | | | 244 |
| Foundations | | | 34,157 |
|   Foundation Wall | | | |
|   Interior Foundations | | | |
|   Slab On Ground | | | |
| Exterior | | | 201,375 |
|   Framing | | | |
|   Exterior Wall | | | |
|   Structural Floor | | | |
|   Roof | | | |
| Interior | | | 106,131 |
|   Floor Finish | | | |
|   Ceiling Finish | | | |
|   Partitions | | | |
| Mechanicals | | | 135,874 |
|   Heating | | | |
|   Cooling | | | |
|   Fire Protection | 100% Manual Fire Alarm | | |

Form 5003 Standard BOP with 105R Cooking Supplement  Rev. 5/18/2007

Seneca 1395

|  |  |  |  |  |
|---|---|---|---|---|
| 33% Automatic Fire Detection | | | | |
| Electrical | | | | |
| Built-ins | | | | 23,389 |
| **TOTAL RC SECTION 1** | | | | $501,171 |
| **TOTAL ACV** | Depreciated Cost (35%) | | $175,410 | |

| | | | | |
|---|---|---|---|---|
| **TOTAL RC BUILDING** | Orginal Georges Pizza | | $501,171 | |
| **TOTAL ACV** | | | $175,410 | |
| | Reconstruction | sq.ft. | $/sq.ft. | Depreciated |
| **VALUATION GRAND TOTAL** | $501,171 | 3,150 | $159.00 | $175,410 |

MS/B costs include labor and material, normal profit and overhead as of date of report. Costs represent general estimates which are not to be considered a detailed quantity survey. These costs include generalities and assumptions that are common to the types of structures represented in the software.

© 2006 Marshall & Swift/Boeckh, LLC and its licensors

Detailed                                                                                               BVS-C

Form 5003 Standard BOP with 105R Cooking Supplement                                    Rev. 5/18/2007

Seneca 1396

# SENECA
# RISK VALUATION WORKSHEET

LOCATION: _Phil, PA_

CONSTRUCTION: _JM-2_          RCV: $ _____

SQUARE FEET: _3150_           EST. RCV: $ _____

BVS - RCV: $ _601,118._

BVS DEPRECIATION FACTOR: _.715_

BVS - ACV: $ _429,799_

APPLICATION:  RCV LIMIT _____          OK:   Y - N
              OR
              ACV LIMIT _600,000_            (OK:)  Y - N
                        _BASIC_

RECOMMENDED LIMIT: $ _____

| CONSTRUCTION | ISO | ESTIMATE PER SQ. FT. |
|---|---|---|
| FIRE RESISTIVE | 6 | $125 - $200 |
| MODIFIED FIRE RESISTIVE | 5 | $100 - $150 |
| NONCOMBUSTIBLE (MASONRY) | 4 | $75 - $125 |
| LIGHT NONCOMBUSTIBLE (BUTLER) | 3 | $50 - $75 |
| JOISTED MASONRY | 2 | $75 - $125 |
| FRAME | 1 | $50 - $100 |



MSB BVS Express

**Commercial Valuation: ESTIMATE-46249**

◉ 0    ▦                    Building                                              ◀ Previous Step

◀ Previous    Next ▶        (QV) Step 2   Enter the zip/postal code of the building, and any of the other optional information. Click Next to continue.

✓ General Information       **Property Address**
**2 Building**
3 Construction              * **Property ZIP/Postal Code**   19130
   Substructure
   Exterior Walls           **Building Name**                Original Georges Pizza
   Roof                     **Property Address**             2835-37 Girard Avenue
   Interior Walls
   Floor Finish             **Property City**                Philadelphia
   Ceiling Finish           **State/Province**               PA
   Heating & Cooling        * = Required
   Mechanicals
4 Material Summary          **Insurance Information**
   Additions
5 Reports/Calculate         ▣ Separate Insurance Exclusion Costs

+ Copy Building             **Current Coverage**     $   600000
                            **Co-Insurance Requirement**   80 %
+ Add Building
+ Add Section

                                                                         ◀ Previous Step

Call 800-809-0017 for MS/B Technical Support                   (c)2006 Marshall & Swift/Boeckh, LLC

https://propertyexpressbvs.msbexpress.net/bvs/default.asp                          8/7/2007

Seneca 1398

Construction                                                                                                    Page 1 of 1



Seneca 1399

Material Summary                                                                 Page 1 of 1

**BVS Express**

Commercial Valuation: ESTIMATE-46249

0            Material Summary                                     

‹ Previous     Next ›          Step 4   BVS will use the materials below in the cost calculation. To change a material, click on its name t
✓ General Information                           screen, make the change, then click Next Step to return to this screen. After making all changes,
                                                to continue.
✓ Building
✓ Construction                    **Exterior**              User   System        **Interior**               User
   Substructure                Substructure                              Interior Walls
   Exterior Walls                Substructure Areas                        Length
   Roof                            Use Typical Areas                          Total Interior Wall Length
   Interior Walls              Exterior Walls                             Wall Structure
                                 Wall Openings                              Studs, Girts, etc.
   Floor Finish                     Wall openings                  25 %   Wall Finish
   Ceiling Finish                Wall Finish                                Drywall
   Heating & Cooling                Brick on Masonry               33 %   Paint
   Mechanicals                      EIFS on Masonry                33 %   Wallpaper, Vinyl
                                    Stucco on Masonry              34 %   Floor Finish
✓ Material Summary             Roof                                         Carpet
   Additions                    Roof Pitch                                  Tile, Quarry
5 Reports/Calculate             Roofing Materials                         Ceiling Finish
                                    Shakes, Wood                  100 %     Drywall, Vinyl Covered
                                                                            Tile, Acoustical
+ Copy Section                                                            Heating & Cooling
                                                                            Heating
+ Add Building                                                                Rooftop Unit
+ Add Section                                                               Cooling
                                                                              Rooftop Unit
                                                                          Mechanicals
                                                                            Plumbing
                                                                              # of Fixtures
                                                                            Electrical
                                                                              Average Quality
                                                                          Elevators
                                                                            Has Passenger Elevators
                                                                            Has Frieght Elevators
                                                                          Fire Protection Systems
                                                                            Has Sprinkler System
                                                                            Has Manual Fire Alarm System
                                                                            Has Automatic Fire Detection System

                                                         [ Restore All Assumptions ]

                                                                                 

Call 800-809-0017 for MS/B Technical Support                        (c)2006 Marshall & Swift/Boeckh, LLC


https://propertyexpressbvs.msbexpress.net/bvs/default.asp                          8/7/2007

Seneca 1400

Reports    Page 1 of 1



**MSB BVS Express**

Commercial Valuation: ESTIMATE-46249

◄ Previous    Next ►

Reports    ◄ Previous Step    Fini

Step 5 — BVS calculated the costs below based on the information you provided in the preceding steps. Information, click the screen name (Building, Roof, etc.) on the left side of the screen. When c( the Finish/Close button to close the valuation.

✓ General Information
✓ Building
✓ Construction
  Substructure
  Exterior Walls
  Roof
  Interior Walls
  Floor Finish
  Ceiling Finish
  Heating & Cooling
  Mechanicals
✓ Material Summary
  Additions
✓ Reports/Calculate

+ Add Building
+ Add Section

**Valuation Totals Summary**

| | Total Cost | Cost/SF | |
|---|---|---|---|
| Total Insurable Replacement Cost | $601,118 | $191.00 | Cost Data |

**Report Options**

Report Type: Building Valuation - Standard    Preview  Dow
Report Format: Adobe Acrobat (PDF)    + Show Format Op

To preview reports in PDF format, you will need to have Adobe Acrobat Reader installed. Click HERE to download the Acrobat Reader.

**Valuation Dates**

| Created on | 8/07/07 3:43 PM | By sen_phisc |
|---|---|---|
| Last Updated on | 8/07/07 3:43 PM | By sen_phisc |
| Assigned User | sen_phisc | |
| Assigned Agency | Senecains | |

◄ Previous Step    Fini

Call 800-809-0017 for MS/B Technical Support    (c)2006 Marshall & Swift/Boeckh, LLC a

https://propertyexpressbvs.msbexpress.net/bvs/default.asp    8/7/2007

Seneca 1401