https://www.nytimes.com/interactive/2020/11/03/us/elections/results-president.html

