# PART - 5
# WAS "MATH" USED TO RIG PENNSYLVANIA'S 2020 PRESIDENTIAL ELECTION?

PAGE - 1



**"PART-4" OF THE "WAS "MATH" USED TO RIG PENNSYLVANIA'S 2020 PRESIDENTIAL ELECTION" SERIES BROUGHT TO YOUR ATTENTION THERE WAS MORE TO PENNSYLVANIA'S SUSPECT "19,958" (TRUMP/PENCE TO BIDEN/HARRIS) VOTE FLIP THAT OCCURRED ON 11/03/2020, BETWEEN 11:09 PM AND 11:10 PM, ON THE CABLE NEW NETWORK (CNN), WHICH UNTIL NOW, THE PUBLIC WASN'T AWARE OF AND DID NOT KNOW ABOUT.**

| 11:09 PM: | Trump | 1,690,589 | Biden | 1,252,537 |
|---|---|---|---|---|
| 11:10 PM | Trump | 1,670,631 | Biden | 1,272,495 |
|  |  | -19,958 |  | +19,958 |




PAGE - 3

THIS PRESENTATION EXPANDS UPON <u>PART-4</u> TO SHED SOME LIGHT AS TO WHY <u>PA'S SECRETARY OF STATE</u> AND <u>DOMINION VOTING SYSTEMS</u> DOES NOT WANT THE <u>PA SENATE COMMITTEE</u> WHO IS INVESTIGATING ELECTION FRAUD TO FORENSICALLY EXAMINE THEIR VOTING OR TABULATION MACHINES USED IN <u>FULTON COUNTY PA'S</u> 2020 GENERAL ELECTION.

PAGE - 4

CALCULATIONS 1-10 SHOWN ON PAGE (7) CONNECT FULTON COUNTY PA'S VOTE TOTALS THAT WERE CAST AND TABULATED IN THEIR COUNTY FOR BIDEN/HARRIS AND TRUMP/PENCE TO THE VOTE TOTALS INVOLVED WITH THE SUSPECT 19,958 TRUMP/PENCE TO BIDEN/HARRIS VOTE FLIP (SEE PAGE-3) THAT OCCURRED IN PENNSYLVANIA, ON LIVE TV, CNN, ON ELECTION NIGHT, THEN CONNECTS THOSE VALUES TO THE RATIO OF THE FINAL (12/31/2020) VOTE TOTALS THAT WERE CAST AND TABULATED IN EVERY COUNTY THAT TOOK PART IN PENNSYLVANIA'S 2020 GENERAL ELECTION FOR BIDEN/HARRIS AND TRUMP/PENCE.

IN ADDITION, CALCULATIONS 11-12 SHOWN AT THE BOTTOM PAGE (7) CONNECT FULTON COUNTY PA'S VOTE TOTALS THAT WERE CAST AND TABULATED IN THEIR COUNTY FOR BIDEN/HARRIS AND TRUMP/PENCE TO THE VOTE TOTALS INVOLVED WITH THE SUSPECT 19,958 TRUMP/PENCE TO BIDEN/HARRIS VOTE FLIP (SEE PAGE-3) THAT OCCURRED IN PENNSYLVANIA, ON LIVE TV, CNN, ON ELECTION NIGHT, THEN CONNECTS THOSE VALUES TO THE DIFFERENCE IN THE NUMBER OF VOTES CERTIFIED IN PA FOR ALL CANDIDATES LISTED ON THEIR 2020 PRESIDENTIAL BALLOT LESS THE NUMBER OF ELECTION DAY VOTES CAST IN PA'S ELECTION FOR ALL CANDIDATES LISTED ON THEIR 2020 PRESIDENTIAL BALLOT.

PAGE - 6

| Equation | Result | Description |
|---|---|---|
| $((3459923/3378263)^4) =$ | 1.100251 | , which both results equates to *("e" minus the Golden Ratio)*, expressed |
| $(((((1000-(1/0.007909))^{(1/4)})/2)-(2.718282-((1690589-1252537)/(1670631-1272495)))) =$ | 1.100250 | as: (2.718282-1.61803399) = **1.100248**. |
| $((((2.718282-((1690589-1252537)/(1670631-1272495)))+((3459923/3378263)^4))*2)^4)+(1/0.007909)) =$ | 1000 | , is equal to **"1,000"**, which is a dummy value to represent 100% of value. |
| $(1/(1000-((((2.718282-((1690589-1252537)/(1670631-1272495)))+((3459923/3378263)^4))*2)^4))) =$ | 0.007909 | , is numerically equal to the sum of votes Trump, 6,824, and Biden, 1085, received in Fulton County PA's 2020 Election, (6,824+1,085) = **7,909.** **NOTE: 7,909, or 007,909, in a numeric decimal format is 0.007909** |
| $(((1000-(1/0.007909))^{(1/4)})/((2.718282-((1690589-1252537)/(1670631-1272495)))+((3459923/3378263)^4))) =$ | 2 | , equals the No. **"2"**, which is used as a multiplier/divisor in math formulas. |
| $(((1690589-1252537)/(1670631-1272495))+((((1000-(1/0.007909))^{(1/4)})/2)-((3459923/3378263)^4))) =$ | 2.718281 | , equates to the math constant **"e"** out to six decimal places, **2.718282**. |
| $((2.718282-((((1000-(1/0.007909))^{(1/4)})/2)-((3459923/3378263)^4)))*(1670631-1272495)) =$ | 438,052 | , equals the lead Trump had over Biden in PA, on 11/3/2020, 11:09 PM, (1,690,589-1,252,537) = **438,052**, that was shown on live TV, CNN, BEFORE the suspect 19,958 Trump to Biden vote flip occurred. |
| $((1690589-1252537)/(2.718282-((((1000-(1/0.007909))^{(1/4)})/2)-((3459923/3378263)^4)))) =$ | 398,136 | , equals the lead Trump had over Biden in PA, on 11/3/2020, 11:10 PM, (1,670,631-1,272,495) = **398,136**, that was shown on live TV, CNN, AFTER the suspect 19,958 Trump to Biden vote flip occurred. |
| $((((((1000-(1/0.007909))^{(1/4)})/2)-(2.718282-((1690589-1252537)/(1670631-1272495))))^{(1/4)})*3378263) =$ | 3,459,922 | , equates to, a difference of 1 vote, from the final **"3,459,923"** vote total Biden/Harris received in PA's 2020 Presidential Election, by 12/31/2020. |
| $(3459923/(((((1000-(1/0.007909))^{(1/4)})/2)-(2.718282-((1690589-1252537)/(1670631-1272495))))^{(1/4)})) =$ | 3,378,264 | , equates to, a difference of -1 vote, from the final **"3,378,263"** vote total Trump/Pence received in PA's 2020 Presidential Election, by 12/31/2020. |
| $((6.915283-4.193889)-((4/3.14159)^2)) =$ | 1.100252 | , equates to *(e minus the Golden Ratio)*, (2.718282-1.61803399) = **1.100248**. |
| $((6.915283-4.193889)-((((1000-(1/0.007909))^{(1/4)})/2)-(2.718282-((1.690589-1.252537)/(1.670631-1.272495))))) =$ | 1.621144 | , equates to the *inverse of Pi divided by 4, square*, ((4/3.14159)^2)=**1.621142**. |
| $(((((1000-(1/0.007909))^{(1/4)})/2)-(2.718282-((1.690589-1.252537)/(1.670631-1.272495))))+((4/3.14159)^2)) =$ | 2.721392 | , numerically equates to the difference in the number of votes certified in PA for all Candidates listed on their 2020 Presidential Ballot less the number of Election Day Votes cast in PA's Election for all Candidates listed on their 2020 Presidential ballot. (6.915283 - 4.193889) = **2.721394**. |

IN CONCLUSION, THE VOTE TOTALS THAT CAME OUT OF THE COMMONWEALTH OF PENNSYLVANIA'S 2020 PRESIDENTIAL ELECTION HAD TO HAVE BEEN **CONFIGURED, CALCULATED ON THE FLY, IN REAL-TIME** BY AN ENGINEERED MATH PROCESS BASED UPON GEOMETRIC AND OR RATE OF CHANGE MATH LOGIC.

# IF THIS STATEMENT WERE NOT TRUE, THEN THE GEOMETRIC AND OR RATE OF CHANGE MATH CONSTANT CONNECTIONS YOU REVIEWED IN THIS PRESENTATION WOULD <u>**NOT**</u> EXIST.

**PAGE - 9**

# AND YOU DO NOT NEED A FORENSIC AUDIT TO PROVE THIS; YOU NEED A CALCULATOR AND A BASIC UNDERSTANDING OF <u>4TH-GRADE</u> MATH!

**PAGE - 10**