IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERCOLE A. MIRARCHI,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-1549** |
| | : | |
| **UNITED STATES EXECUTIVE** | : | |
| **BRANCH OF GOVERNMENT,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 29th day of August, 2023, upon consideration of Plaintiff Ercole A. Mirarchi's Revised Motion to Proceed *In Forma Pauperis* (ECF No. 10); *pro se* Amended Complaint (ECF No. 8); "Motion to Make the Eastern District Court Aware the Pennsylvania Supreme Court was also Notified of this Filing/Report" (ECF No. 4); "Motion for Reconsideration and for This Filing to Remain a Report of Treason to the Court" (ECF No. 7); "Motion to Support Plaintiff's Initial Filing, ECF Document – 1" (ECF No. 11), "Motion for the Court to Review a New Finding" (ECF No. 12), "Motion for the Court to Review Another New Finding" (ECF No. 13), "Motion for the Court to Review Another New Finding" (ECF No. 15), "Motion for the Court to Review Additional Analysis" (ECF No. 16), "Motion for the Court to Review Additional Analysis" (ECF No. 17), and "Motion for the Court to Review Additional Analysis" (ECF No. 18), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Amended Complaint is **DEEMED** filed.

    3.    The Clerk of Court is **DIRECTED** to add the following as Defendants: (1) United States Executive Branch of Government; (2) United States Senator, PA, John Fetterman; (3) Department of Justice PA and WDC; (4) Federal Bureau of Investigation PA and WDC; (5)

2

Securities and Exchange Commission WDC; (6) Central Intelligence Agency; (7) Commonwealth of Pennsylvania Executive Branch of Government; (8) Commonwealth of Pennsylvania Secretary of State; (9) Armstrong County PA Board of Elections; (10) Cable News Network, AKA "CNN"; (11) Edison Research; (12) Fairfax Financial Holdings; and (13) Marshall & Swift/Boeckh LLC.

4. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

5. Mirarchi's outstanding motions (ECF Nos. 4, 7, 11-13, 15-18) are **DENIED**.

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**